

AO 4    Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| CAHLYL ROLLINS | ) Case No. 23-cr-359 (TSC) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CAHLYL ROLLINS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - (Malicious Use of Explosive Materials)

Date: 10/12/2023

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/30/2023, and the person was arrested on *(date)* 10/30/23
at *(city and state)* Washington DC.

Date: 10/31/23

*Arresting officer's signature*

Brian Vaughn S/A
*Printed name and title*